# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Caesarea D. James, Jr.,
     Plaintiff

v.                     Case No.  1:09-cv-38

Guaranteed Rate, Inc.,
     Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed March 16, 2009 (Doc. 15).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's amended complaint is sua sponte **DISMISSED** for lack of jurisdiction. Defendant's motions to dismiss are **DENIED** as **MOOT**. Plaintiff's "motion for emergence (sic) expediated (sic) stay pending motion order granting plaintiff motion for permanent injunction" is **DENIED**.

This Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) an appeal of this Order would not be taken in good faith, and therefore **DENIES** petitioner leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d

949, 952 (6th Cir. 1997).

This action is closed.

Date: April 6, 2009                                s/Sandra S. Beckwith
                                                   Sandra S. Beckwith, Senior Judge
                                                   United States District Court